IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00381-REB-CBS

DAVID L. LINIGER, and
GAIL A. LINIGER,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that the Joint Motion to Extend Certain Dates in Scheduling Order (filed February 2, 2006; *doc. no. 9*) is **GRANTED**. The scheduling order is modified as follows:

| | |
|---|---|
| Rule 26(a)(2) expert disclosures | **March 15, 2006** |
| Discovery deadline | **April 15, 2006** |
| Dispositive motion deadline | **April 30, 2006** |

*No further extensions of the pretrial deadlines will be granted.*

**DATED:**     February 9, 2006