IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-00381-REB-CBS

DAVID L. LINIGER, and
GAIL A. LINIGER,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant

_____

**ORDER**
_____

    This matter, having come before the Court on the Parties' Joint Motion To Extend Discovery Cut-Off Date and Vacate Settlement Conference (*doc. no. 18*) and the Court being fully advised in the premises, does,

    HEREBY ORDER that the motion is granted.  The discovery deadline is extended to **July 11, 2006**, for the sole purpose of completing the deposition of Steve Hendricks.  The parties must seek leave, through a separate motion, to the extent they wish additional discovery.  Such a motion will be granted only upon a showing of good cause.

    IT IS FURTHER ORDERED that the settlement conference currently set for June 27, 2006 is VACATED.  The court will discuss setting a settlement conference at the final pretrial conference.

    IT IS FURTHER ORDERED that United States' Motion to Withdraw Counsel of Record (*doc. no. 20*) is **GRANTED.**

Attorney Jeffrey S. Swyers is relieved of any further representation of Defendant in the above captioned matter. The Clerk's Office is instructed to remove him from the electronic certificate of mailing.

DATED at Denver, Colorado, this 1st day of June, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge