IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00381-REB-CBS

DAVID L. LINIGER, and
GAIL A. LINIGER,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Vacate and Reset Hearing Scheduled for July 13, 2006 (*doc. no. 31)* is **GRANTED**. The hearing set for July 13, 2006, is **VACATED** and **RESET** to **July 17, 2006, at 9:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**    July 11, 2006