IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-00381-REB-CBS

DAVID L. LINIGER, and
GAIL A. LINIGER,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Joint Stipulation to Dismiss With Prejudice** [#67], filed September 1, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Joint Stipulation to Dismiss With Prejudice** [#67], filed September 1, 2006, is **APPROVED**;

    2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3.  That the Trial Preparation Conference set for September 22, 2006, is **VACATED**; and

4.  That the jury trial set to commence October 9, 2006, is **VACATED**.

Dated September 1, 2006, at Denver, Colorado.

                              **BY THE COURT:**

                              **s/ Robert E. Blackburn**
                              **Robert E. Blackburn**
                              **United States District Judge**